UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60014-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY ORR,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** comes before the Court upon the Defendant's Motion for Early Termination of Supervised Release (D.E. 645). After reviewing the motion, the Government and the U.S. Probation Officer's responses, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Early Termination of Supervised Release (**D.E. 645**) is **GRANTED**.

**DONE AND ORDERED** at West Palm Beach, Florida this __22__ day of February, 2017.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record